**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              Case No. 13 B 37099

      William L Murray
      Arlene Murray
          Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

     Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2013.

2) The plan was confirmed on 12/17/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 08/13/2018.

6) Number of months from filing to last payment: 59.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $36,458.34.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $55,123.00 | |
| Less amount refunded to debtor | $235.73 | |
| **NET RECEIPTS:** | | **$54,887.27** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,265.73 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,265.73** |

Attorney fees paid and disclosed by debtor:      $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| All Credit Lenders | Unsecured | 0.00 | 527.00 | 527.00 | 16.87 | 0.00 |
| Altair OH XIII LLC | Unsecured | 584.00 | 553.86 | 553.86 | 364.81 | 0.00 |
| Altair OH XIII LLC | Unsecured | 2,737.00 | 2,912.01 | 2,912.01 | 1,918.05 | 0.00 |
| American Express | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 722.44 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 792.00 | 862.95 | 862.95 | 568.40 | 0.00 |
| American InfoSource LP | Unsecured | 404.00 | 425.09 | 425.09 | 279.99 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 1,214.88 | 1,214.88 | 800.21 | 0.00 |
| American InfoSource LP | Unsecured | 1,081.00 | 1,130.61 | 1,130.61 | 744.70 | 0.00 |
| Amerimark Premier | Unsecured | 104.21 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Barclays Bank of Delaware | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| Cardmember Services | Unsecured | 819.09 | NA | NA | 0.00 | 0.00 |
| Cardmember Services | Unsecured | 987.11 | NA | NA | 0.00 | 0.00 |
| Cash Call | Unsecured | 3,315.00 | NA | NA | 0.00 | 0.00 |
| CashCall Inc | Unsecured | 1,811.00 | 1,291.77 | 1,291.77 | 45.43 | 0.00 |
| Ccs/First National Bank | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Chase Automotive Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 833.10 | NA | NA | 0.00 | 0.00 |
| CMK Investments Inc dba All Credit Lend | Unsecured | 610.25 | NA | NA | 0.00 | 0.00 |
| Continental Finance Ll | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| Direct Charge | Unsecured | 0.00 | 687.89 | 687.89 | 453.09 | 0.00 |
| Dsrm National Bank | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Dsrm National Bank | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| EPMG Of Illinois | Unsecured | 0.00 | 62.18 | 62.18 | 40.96 | 0.00 |
| Everest Cash Advance | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| First National Credit Card | Unsecured | 387.83 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 1,160.00 | NA | NA | 0.00 | 0.00 |
| GM Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 768.52 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 1,120.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,000.00 | 2,910.53 | 2,910.53 | 2,910.53 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 127.61 | 127.61 | 84.05 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 386.00 | 487.99 | 487.99 | 321.42 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 552.00 | 591.32 | 591.32 | 389.48 | 0.00 |
| Juniper Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Magnum Cash Advance | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Metro Anesthesia Consultants | Unsecured | 49.83 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 232.14 | 186.32 | 186.32 | 122.72 | 0.00 |
| Multi Loan Source | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Nissan Motor Acceptance Corporation | Secured | 22,000.00 | 22,055.27 | 22,000.00 | 22,000.00 | 560.94 |
| Nissan Motor Acceptance Corporation | Unsecured | NA | 0.00 | 55.27 | 36.40 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 967.00 | 967.68 | 967.68 | 637.38 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,166.00 | 1,245.26 | 1,245.26 | 820.22 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,144.00 | 2,404.98 | 2,404.98 | 1,584.09 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,006.00 | 1,193.45 | 1,193.45 | 786.09 | 0.00 |
| Premier Bankcard | Unsecured | 1,212.00 | 1,238.59 | 1,238.59 | 815.82 | 0.00 |
| Premier Bankcard | Unsecured | 1,150.00 | 1,175.58 | 1,175.58 | 774.32 | 0.00 |
| Premier Bankcard | Unsecured | 998.00 | 998.00 | 998.00 | 657.35 | 0.00 |
| Premier Bankcard | Unsecured | 0.00 | 1,160.75 | 1,160.75 | 0.00 | 0.00 |
| Professional Recovery Services | Unsecured | 2,991.15 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 3,278.78 | 3,278.78 | 2,159.63 | 0.00 |
| Quantum3 Group | Unsecured | 2,750.00 | 3,116.04 | 3,116.04 | 2,052.44 | 0.00 |
| Quick Click Loans | Unsecured | 503.90 | 574.44 | 574.44 | 378.37 | 0.00 |
| Resurgent Capital Services | Unsecured | 3,094.00 | 2,716.49 | 2,716.49 | 1,789.27 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,784.00 | 2,424.14 | 2,424.14 | 1,596.71 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,428.00 | 2,630.56 | 2,630.56 | 1,732.67 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,583.00 | 1,805.37 | 1,805.37 | 1,189.14 | 0.00 |
| Rushmore Service Center | Unsecured | 1,160.75 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 925.00 | 925.22 | 925.22 | 609.41 | 0.00 |
| Stoneberry | Unsecured | 105.15 | NA | NA | 0.00 | 0.00 |
| The Stoneberry Catalog | Unsecured | 23.89 | NA | NA | 0.00 | 0.00 |
| Thorek Memorial Hospital | Unsecured | 58.19 | NA | NA | 0.00 | 0.00 |
| United Cash Loan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 1,143.80 | NA | NA | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Auto Finance | Secured | 1,400.00 | 1,380.06 | 1,380.06 | 1,380.06 | 0.52 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,380.06 | $23,380.06 | $561.46 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,380.06** | **$23,380.06** | **$561.46** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,910.53 | $2,910.53 | $0.00 |
| **TOTAL PRIORITY**: | **$2,910.53** | **$2,910.53** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$38,972.08** | **$23,769.49** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,265.73 |
| Disbursements to Creditors | $50,621.54 |
| **TOTAL DISBURSEMENTS** : | **$54,887.27** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/31/2018            By:/s/ Marilyn O. Marshall
                                         Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**